# In The United States Court of Federal Claims

## Cover Sheet

04-0103C

Plaintiff(s) or Petitioner(s)
Exelon Generation Company, LLC

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Norman M. Hirsch

Firm Name: Jenner & Block LLC

Post Office Box:

Street Address: One IBM Plaza

City-State-Zip: Chicago, IL 60611

Telephone & Facsimile Numbers: PH: 312-222-9350 Fax: 312-527-0484

E-mail address: nhirsch@jenner.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Breach of the standard contract by DOE for the storage of spent nuclear fuel.

Government Agency Involved: D O E

**See attached Sheet for three digit code.**

Amount Claimed: $ To be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: (Vaccine Cases Only) N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003