**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| COMMONWEALTH EDISON COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 98-621C, 04-103C |
| | ) | (Judge Hewitt) |
| UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

<u>DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME</u>

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant an enlargement of time of 21 days, to including April 19, 2004, to respond to Exelon Generation Company's complaint in Docket No. 04-103C. Defendant's response to plaintiff's complaint is currently due on Monday, March 29, 2004. Defendant has not previously requested an enlargement of time for this purpose. Counsel for defendant attempted to contact counsel for plaintiff regarding this matter, but has not yet heard whether plaintiffs will oppose this motion.

Counsel for the Government is attempting to develop appropriate responses to a series of more than 40 complaints that was recently filed in this Court, all arising from alleged breaches of the "Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste" published at 10 C.F.R. § 961.11. The new case, Docket No. 04-103C, that the Court has consolidated with Docket No. 98-621C is one of three cases that the new plaintiff, Exelon Generation Company, LLC ("Exelon"), filed with this Court in January 2004. In addition to Exelon's three complaints, other plaintiffs filed complaints alleging damages arising from the Government's partial breach of the very same Standard Contracts upon which Exelon's complaints are based, claiming diminished

value of shares or sales prices and/or other damages. In addition, another case is pending in this Court, GPU Nuclear, Inc. v. United States, No. 00-440C (Fed. Cl.) (Miller, C., Judge), that apparently includes a request for the same damages being sought in one of Exelon's complaints, Docket No. 04-104C. We are attempting to organize and identify the various bases for the various claims arising out of the same Exelon contracts. Unfortunately, counsel for defendant has been heavily involved in the trial of one of the Standard Contract cases, Indiana Michigan Power Co. v. United States, No. 98-486C (Fed. Cl.), with the Government's post-trial briefing due today. Although counsel for defendant was hoping to be able to complete all of his efforts to identify all of the various claims that relate to Exelon's complaints that are now pending in this Court, the time that he was required to devote to the Indiana Michigan briefing precluded him from completing this effort. In addition, with oral argument in another Standard Contract case, TVA v. United States, No. 01-249C (Fed. Cl.), and other Standard Contract-related litigation matters requiring his attention, counsel for defendant respectfully requests that he be given a period of an additional 21 days to complete the Government's efforts to prepare a response to Exelon's complaint in this case.

For the foregoing reasons, defendant respectfully requests that the Court grant defendant's request for an enlargement of time of 21 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

March 29, 2004

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on this 29th day of March 2004, a copy of foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.