IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COMMONWEALTH EDISON COMPANY and EXELON GENERATION COMPANY, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 98-621C, 04-103C |
| | ) | (Judge Hewitt) |
| UNITED STATES | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant an enlargement of time of seven days, to including April 26, 2004, to respond to Exelon Generation Company's complaint in this case. Defendant's response to plaintiff's complaint is currently due on Monday, April 19, 2004. Defendant was previously granted an enlargement of time of 21 days for this purpose. Counsel for plaintiff, Norman Hirsch, has represented that plaintiff, Exelon Generation Company, LLC ("Exelon"), does not oppose this motion.

As the Court is aware, the Court has scheduled a status conference on April 30, 2004, in this and more than 40 other cases alleging damages arising from the Department of Energy's alleged breach of the "Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste" published at 10 C.F.R. § 961.11. In addition, the Court has ordered the Government, as well as the plaintiffs, to file a report with the Court on April 23, 2004, providing various information about the pending Standard Contract cases and possible methods for proceeding in them. Counsel for the Government has been devoting a substantial amount of time considering the most appropriate manner in which to respond to the Court's order, as well as in dealing with various post-trial matters

in Indiana Michigan Power Co. v. United States, No. 98-486C (Fed. Cl.); various pre-trial matters in Yankee Atomic Electric Co. v. United States, No. 98-126C (Fed. Cl.); various issues relating to the beginning of discovery in Sacramento Municipal Utility District v. United States, No. 98-488C (Fed. Cl.); and various issues relating to the Government's receipt and review of expert witness reports in Commonwealth Edison Co. v. United States, No. 98-621C (Fed. Cl.). As a result of this work, as well as matters that need to be evaluated before the Government can file an answer in this particular case, counsel for defendant has been unable to complete its response to the plaintiff's complaint in this case. With an enlargement of an additional seven days, defendant should be able to complete its April 23, 2004 filing and, subsequently, file its response to plaintiff's complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant defendant's request for an enlargement of time of seven days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

April 19, 2004

CERTIFICATE OF FILING

I hereby certify that on this 19th day of April 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.