# In the United States Court of Federal Claims

**04-103C**

**Filed: June 2, 2004**

**COMMONWEALTH EDISON CO, et al,**

**v.**

**THE UNITED STATES**

**Appendix to Dft's Moton for Partial Summary Judgment**
**Regarding Pltf's Recovery of Future or Prospective Damages**

The above document has been filed with the Clerk's Office UNDER SEAL in hard copy and is not available electronically.